Andrea Darrow Smith, Esq. (SBN: 265237)
andrea@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
4129 Main Street, Suite B8
Riverside, CA 92501
Telephone:   (951) 784-7770
Facsimile:    (619) 297-1022

Attorneys for the Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| JOHN SACKS II,<br><br>                    Plaintiff,<br>v.<br><br>GRIGGS & ASSOCIATES, LLC,<br><br>                    Defendant. | Case No: 11-CV-00715 L (WVG)<br><br>**PLAINTIFF'S NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE AS TO DEFENDANT GRIGGS & ASSOCIATES, LLC PURSUANT TO F.R.C.P. 41(a)**<br><br>HON. M. JAMES LORENZ |
|---|---|

Plaintiff John Sacks II (hereinafter "Plaintiff") hereby moves to dismiss this action against Defendant GRIGGS & ASSOCIATES, LLC, (hereinafter "Defendant") (and jointly hereinafter referred to as "the Parties") without prejudice.

Plaintiff respectfully requests the action be dismissed WITHOUT PREJUDICE as to Defendant Griggs & Associates, LLC.

Dated: July 5, 2012

**HYDE & SWIGART**

/s Andrea Darrow Smith
Andrea Darrow Smith
Attorneys for Plaintiff